# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140724

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

REGINALD E. SPIVEY, Personal Representative
of the Estate of Shawn J. Spivey, Deceased,
Plaintiff-Appellant,

v

RANDY POMEROY, LAW OFFICE OF
RANDY POMEROY, and BELL & ANKLEY,
P.C.,
Defendants,
and

HETTINGER & HETTINGER, P.C.,
Defendant-Appellee.

SC: 140724
COA: 293846
Berrien CC: 06-003195-NM

_____/

On order of the Court, the application for leave to appeal the January 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

0621